IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT MORRIS ANTHONY,  )
    Petitioner,  )
  )
v.  ) Civil Action No. 10-153
  )
COMMONWEALTH OF PA., et al.,  )
    Respondents.  )

## O R D E R

AND NOW, this 7th day of December 2010, after a petition for a writ of habeas corpus was filed by the petitioner, Robert Morris Anthony, and after a Report and Recommendation of the United States Magistrate Judge was issued, and the parties were accorded fourteen days in which to file written objections thereto, and no objections having been filed, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Robert Morris Anthony for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied, because reasonable jurists could not conclude that a basis for appeal exists.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

                                                          _____
                                                             United States District Judge